# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133828(20)

ROGER JENSEN,
       Plaintiff-Appellee,

v

                                     SC: 133828
                                     COA: 272641
                                     WCAC: 04-000424

COCA COLA ENTERPRISES, INC.,
       Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's July 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

d1119

                               Clerk